Mitten, Appellant, v. Mitten.
Mitten v. Mitten, Appellant.

Argued September 14, 1968. *William G. Rake*, with him *Martin Techner*, and *Techner, Rubin & Shapiro*, for appellant; *A. Martin Herring*, with him *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot*, for appellee.

OPINION PER CURIAM: Order (Appeal No. 135, October Term, 1968) dismissing complaint in divorce A.M.E.T., affirmed. Decree (Appeal No. 148, October Term, 1968) affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WATKINS and HANNUM, JJ., absent.